UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DEANTHONY BROWN,

       Plaintiff,

v.

THE STATE OF NEVADA, et al.,

       Defendants.

Case No. 2:19-CV-01404-APG-EJY

**ORDER**

## I.    DISCUSSION

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed *in forma pauperis* must complete an *in forma pauperis* application and attach (1) an inmate account statement for the past six months, and (2) a properly executed financial certificate. "If the applicant has been at the institution for fewer than six months, the certificate must show the account's activity for this shortened period." LSR 1-2.

Here, Plaintiff failed to file an IFP application. Therefore, the Court will deny Plaintiff's application to proceed *in forma pauperis* without prejudice. Plaintiff must properly complete the application to proceed *in forma pauperis* or, in the alternative, pay the full filing feel for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, then Plaintiff must file a complete Financial Certificate including all the information required on the same.

IT IS THEREFORE ORDERED that the Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

IT IS FURTHER ORDERED that Plaintiff is granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*, including both an inmate account statement for the past six months and a properly executed financial certificate.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.


DATED THIS 19th day of August, 2019.


_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE